AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA

v.

JORGE ORTEGA-ROCHA

**APPEARANCE**

Case Number:   07MJ2540

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JORGE ORTEGA-ROCHA

I certify that I am admitted to practice in this court.

| 10/31/2007 | /s/ JOSEPH McMULLEN |
|---|---|
| Date | Signature |

Joseph McMullen / Federal Defenders of SD          246757
Print Name                                         Bar Number

225 Broadway, Suite 900
Address

San Diego, CA  92101
City            State           Zip Code

(619) 234-8467          (619) 687-2666
Phone Number            Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Dated: October 31, 2007 | _____/s/ Joseph McMullen_____ |
| | JOSEPH McMULLEN |
| | Federal Defenders of San Diego, Inc. |
| | 225 Broadway, Suite 900 |
| | San Diego, CA 92101-5030 |
| | (619) 234-8467  (tel) |
| | (619) 687-2666  (fax) |
| | e-mail: Joseph_McMullen@fd.org |