**PLEASE RECEIPT AND RETURN**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff )<br>            )<br>vs. )<br>            )<br>Jorge Ortega Rocha )<br>                  et al )<br>        Defendant(s) ) | CRIMINAL NO. 07mj2540<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/(Magistrate Judge),

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

Jose Rosario Vega-Felix

DATED: 11/8/07

CATHY ANN BENCIVENGO

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                  DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
       Deputy Clerk
       **C. PUTTMANN**