1  **JOSEPH M. McMULLEN**
    California State Bar No. 246757
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
    225 Broadway, Suite 900
3  San Diego, California 92101-5030
    Telephone: (619) 234-8467
4  Email: Joseph_McMullen@fd.org

5  Attorneys for Mr. Ortega-Rocha

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE IRMA E. GONZALEZ**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 07CR3054-IEG |
| Plaintiff, ) | DATE: December 21, 2007 |
| ) | TIME: 2:30 p.m. |
| v. ) | |
| ) | NOTICE OF MOTIONS AND |
| **JORGE ORTEGA-ROCHA (1),** ) | MOTIONS TO: |
| ALBERTO MINOR-OLVERA (2), ) | (1) COMPEL DISCOVERY / PRESERVE EVIDENCE; |
| Defendants. ) | |
| ) | (2) SEVER MR. ORTEGA-ROCHA'S TRIAL TO AVOID UNFAIR PREJUDICE; |
| ) | (3) SUPPRESS EVIDENCE SEIZED IN VIOLATION OF THE FOURTH AMENDMENT; |
| ) | (4) DISMISS THE INDICTMENT DUE TO MISINSTRUCTION OF THE GRAND JURY; |
| ) | (5) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY;
     CHRISTOPHER M. ALEXANDER, ASSISTANT UNITED STATES ATTORNEY;
     MARK A. CHAMBERS, ATTORNEY FOR DEFENDANT MINOR-OLVERA;
     DOROTHY SHELTON; ATTORNEY FOR MATERIAL WITNESSES.

//
//
//
//

1    PLEASE TAKE NOTICE that on January 7, 2008, at 2:00 p.m. or as soon thereafter as counsel may be heard, the defendant, Jorge Ortega-Rocha, by and through his counsel, Joseph M. McMullen and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

## MOTIONS

The defendant, Jorge Ortega-Rocha, by and through his attorneys, Joseph M. McMullen and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

(1) compel discovery / preserve evidence;

(2) sever Mr. Ortega-Rocha's trial from the co-defendant's trials to avoid unfair prejudice;

(3) suppress evidence seized in violation of the Fourth Amendment;

(4) dismiss the indictment due to misinstruction of the grand jury;

(5) grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

Dated: December 27, 2007

*/s/ Joseph M. McMullen*
**JOSEPH M. McMULLEN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ortega-Rocha