UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3054-IEG |
| Plaintiff, ) | |
| v. ) | |
| ) | DECLARATION OF MATERIAL WITNESS |
| JORGE ORTEGA-ROCHA (1), ) | ALFREDO SILVAS-CARDENAS |
| ALBERTO MINOR-OLVERA (2), ) | |
| Defendants. ) | |

I, Alfredo Silvas-Cardenas, declare under penalty of perjury:

1. I am a material witness in the above-captioned case and make this declaration with the consent of my attorney, Dorothy Shelton.

2. On October 27, 2007, I was the passenger in a Dodge Intrepid that was stopped by Border Patrol agents.

3. After the driver yielded immediately, a Border Patrol agent approached him and instructed him to turn off the car, remove the keys from the ignition, and give them to the agent.

4. The driver complied and gave the keys to the agent.

5. The agent then instructed the driver to exit the vehicle, at which time he put the driver in handcuffs.

1

6. At that time, the passenger in the front seat of the Dodge asked the agent why he was putting the driver in handcuffs.

7. The agent asked if everyone had papers to be in the U.S. and the front passenger said yes.

8. Before the other backseat passenger or I had responded, agents went to the back of the vehicle and opened the trunk.

9. I do not remember the agents asking anyone permission to open the trunk.

10. At no time during the stop did I hear any noise or sounds coming from the trunk, nor was there any movement coming from the trunk.

11. At the time the agents opened the trunk, the back doors and windows were all closed, and the backseat was not folded down, but was in the normal upright position.

12. Aside from the occupants in the trunk, each of the passengers in the vehicle were sitting upright in seats.

I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

Dated: 12/05/07

*ALFREDO SILVAS C.*
ALFREDO SILVAS-CARDENAS

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Stephen Miller**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Stephen.miller@usdoj.gov

**Mark A Chambers**
Law Office of Mark A Chambers
345 West 9th Avenue
Suite 200
Escondido, CA 92025
(760)489-1808
Fax: (760)489-0225
Email: chambers@mchambers.mpowermail.com

Dorothy Rees Shelton
Law Offices of Dorothy R Shelton
110 West C Street
Suite 711
San Diego, CA 92101-3906
(619)239-9387
Fax: (619)239-0428
Email: dsheltonlaw@aol.com

                                        Respectfully submitted,


Dated: January 4, 2008                  /s/ Joseph M. McMullen
                                        **JOSEPH M. McMULLEN**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Ortega-Rocha